**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AMBER ASHLEY**                                                                                    **PLAINTIFF**

**v.**                                            **Case No. 4:18-cv-00684-KGB**

**AUDREY BRADLEY,** *et al.*,                                                        **DEFENDANTS**

## ORDER

Before the Court is a motion to dismiss filed by plaintiff Amber Ashley (Dkt. No. 34). Ms. Ashley moves to dismiss this case with prejudice as it has been resolved (Dkt. Nos. 33; 34, ¶ 1). Ms. Ashley states that the parties are to bear their own costs and fees with the Court to retain jurisdiction for 30 days to enforce the agreement between the parties (Dkt. No. 34, ¶ 1). Ms. Ashley represents that defendants do not object to this motion (*Id.*, ¶ 2). For good cause shown, the Court grants Ms. Ashley's motion to dismiss (Dkt. No. 34). The Court dismisses Ms. Ashley's claims with prejudice (Dkt. No. 1). Each party is to bear its own costs and fees in accordance with the terms agreed upon by the parties, and the Court retains jurisdiction for 30 days from the entry of this Order to enforce the agreement between the parties.

It is so ordered this the 6th day of January, 2020.

Kristine G. Baker
United States District Judge